UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM VANYO, | ) | Case No. 1:06CV2943 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGE ANN ALDRICH |
| | ) | |
| CITIFINANCIAL, INC., et al, | ) | |
| | ) | |
| Defendants. | ) | <u>JUDGMENT</u> |

The court has filed its memorandum and order granting plaintiff's motion to remand this action to the Cuyahoga County Court of Common Pleas for want of subject matter jurisdiction (Doc. No. 6), pursuant to 28 U.S.C. § 1447(c).

IT IS ORDERED that the Clerk of Court is directed to remand this case to the Court of Common Pleas, Cuyahoga County, Ohio.

s/Ann Aldrich
ANN ALDRICH
UNITED STATES DISTRICT JUDGE

**Dated: June 20, 2007**